RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2020

JEFFREY P. COLWELL
CLERK

4-7-20

I would like to petition the court for a grievant/civil action against the County of Pueblo, the Sheriff of Pueblo County and the Pueblo County Detention Center. The suit is based upon the reports that have been publicized by the Pueblo Chieftain newspaper and false reports from the actuality of our dire situation. The Sheriff, Mr. Kirk Taylor, reported to the local newspaper that the jail was handling the corona virus issue to the protocol designated by national guidelines. He reported that he was releasing numerous low profile cases from the jail. He also claims that social distancing is being adhered to. This is not the facts! We are incarcerated in Dorm C. There are currently 45-55 inmates still housed in 5 bays w/ a dayroom/tv and tables for eating/cards. Inmates are bunked on top of each other and eating at the same small tables w/ 4 stools. We are always standing shoulder to shoulder for meal & medical disbursement. Our tv/dayroom consists of inmates sitting shoulder to shoulder and talking w/in 2-3 ft of each other. Staff are now coming into the dorm w/ masks and are not communicating to us as to what is happening w/in the dorms or the entire facility. Emotions are starting to run rampant at the stress this virus is doing to all. They continue to bring "new" inmates into the dorm(s). One particular inmate came in and clearly had some kind of sickness, symptoms being high fever, vomiting, chills, sweating. We were subjected to this. We have also requested the use of the law library at which we are told, "it is down at this time". We feel as if we are "sitting ducks"

BECAUSE WE NOW ARE VERY LIMITED TO WHAT AND HOW WE CAN REACH OUT TO ANYONE AND LET THEM KNOW WHAT IS ACTUALLY HAPPENING IN HERE, PEOPLE HAVE SENT "KITES" ASKING FOR RELIEF FROM THE CURRENT SITUATION TO NO RESPONSE. THE SHERIFF AND SUPERVISOR OF THE PUEBLO COUNTY JAIL HAVE IGNORED OUR CONCERNS AND SILENCED OUR VOICES. OUR HEALTH & LIVES ARE AT A DEADLY RISK.

WE ARE ASKING THAT SOMEONE PLEASE INVESTIGATE WHAT IS TRULY HAPPENING IN THIS JAIL. THE REAL TRUTH HAS BEEN WITHELD FROM THE PUBLIC AND COVERED UP. OUR CIVIL RIGHTS HAVE CLEARLY BEEN VIOLATED AND WE ARE CRYING FOR HELP. MAY WE GET ANY & ALL RESOURCES WHICH ARE AVAILABLE; WE ARE IN A LIFE/DEATH SITUATION. I PERSONALLY PRAY THIS REACHES SOMEONE WHO CAN HELP US. IS THERE AN IMMEDIATE INJUNCTION OR RELIEF THAT CAN BE SOUGHT?! I HAVE REQUESTED COPIES OF THIS LETTER TO NO AVAIL. THE STAFF HERE AT THE JAIL DO NOT ABIDE BY MANY OF THE RULES OR REGULATIONS THAT ARE IN ORDER. OUR LIVES ARE IN IMMEDIATE DANGER!

I WANT TO THANK YOU PERSONALLY FOR TAKING THE TIME TO REVIEW THIS LETTER. ANY HELP & RESOURCES ARE APPRECIATED.

THANK YOU

REPLY TO: JOHNNIE ARKO #5275
PUEBLO COUNTY JAIL
909 COURT ST
PUEBLO, CO 81003

*Johnnie Arko*
JOHNNIE ARKO

WITNESSED BY:
*Melvin Shaddon*   *Joe Martinez*
Melvin Shaddon     Joseph M. Martinez

JOHNNIE AIRKO
904 COURT ST
PUEBLO, CO 81003

DINZ

*LEGAL MAIL*

*LEGAL MAIL*

CLERK'S OFFICE
ALFRED A. ARRAJ
US COURTHOUSE ROOM A-105
901 19th STREET
DENVER, CO
80294-3589

80294-250099

DENVER CO 802
14 APR 2020 PM 3 L